# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>23-3144, 23-3145, 23-3146, 23-3147, 23-3148, 23-3149, 23-3150, 23-3151, 23-3152, 23-3153, 23-3154</u>

Contrarian Capital Management LLC, et al v. Bolivarian Republic of Venezuela

**(U.S. District Court Nos.: 1:21-mc-00018, 1:22-mc-00131, 1:22-mc-00263, 1:23-mc-00340, 1:23-mc-00360, 1:23-mc-00361, 1:23-mc-00378, 1:23-mc-00379, 1:23-mc-00397, 1:19-mc-00079, 1:23-mc-00298)**

## ORDER

It is hereby ORDERED that the above matters are dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 04, 2024
PDB/cc: Lois Ahn, Esq.
     Benedict S. Bernstein, Esq.
     Stephen B. Brauerman, Esq.
     Aubre G. Dean, Esq.
     Claire A. Delelle,
     Sarah E. Delia, Esq.
     Justin M. Ellis, Esq.
     Nicole Erb, Esq.
     Mark W. Friedman, Esq.
     Jose F. Giron, Esq.
     Mark D. Herman, Esq.
     Mark W. Kelley, Esq.
     Theodore A. Kittila, Esq.
     Randall C. Lohan,
     Miguel Lopez-Forastier, Esq.
     Kevin A. Meehan, Esq.



**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

Steven F. Molo, Esq.
Juan O. Perla, Esq.
Joseph D. Pizzurro, Esq.
William H. Taft V, Esq.
Tracey Timlin, Esq.
Amanda Tuninetti, Esq.
Mackenzie M. Wrobel, Esq.
Alexander A. Yanos, Esq.